Defendini et al., Plaintiffs and Appellants, *v.* Curet, Defendant and Appellee.

Appeal from the District Court of Guayama in an Action of Unlawful Detainer.

No. 2362.—Decided March 8, 1921.

Unlawful Detainer—Inheritance—Evidence.—It being stated in a deed of purchase and sale that the grantor acquired the property by inheritance from her mother, unlawful detainer will not lie against a sister of the grantor unless the plaintiff prove that the grantor was the sole owner of the property at the time of the sale.

The facts are stated in the opinion.
*Mr. J. J. Aponte* for the appellants.
*Mr. C. Domínguez Rubio* for the appellee.

Mr. Justice Aldrey delivered the opinion of the court.
The spouses Mateo Defendini and Amelia Ferrer brought

an action of unlawful detainer against María Curet to evict her from a house in Guayama which they had purchased from Juana Guillermo Curet, who had acquired it by inheritance from her mother, Martina Curet, as shown by the deed of sale. The complaint was dismissed and the plaintiffs took this appeal.

Defendant María Curet is a sister of the grantor, Juana Guillermo Curet, and of Pedro Irenes Curet, and the three are the children and heirs of Martina Curet, the former owner of the house; and as the appellants did not show that their grantor was the sole owner of the house by allotment in the settlement of the estate of her mother, they have no cause of action as the sole owners of the property against the coheir, María Curet.

The judgment appealed from must be

*Affirmed.*

Chief Justice Hernández and Justices Wolf, Del Toro and Hutchison concurred.